UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00214-MOC-DSC

| | | |
|---|---|---|
| **CYNTHIA L. MITCHELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NOVANT MEDICAL GROUP, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on review of the Certificate of ADR Session (#21), filed March 11, 2014. In that Notice, the mediator indicated that the case had been completely settled and that a dismissal would be filed in 10 days. The dismissal has not been filed despite the passage of more than 30 days. Counsel shall file their Rule 41 dismissal not later than April 30, 2014, or this action will be summarily dismissed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties file their Rule 41 dismissal not later than April 30, 2014.

Signed: April 25, 2014

Max O. Cogburn Jr.
United States District Judge